```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11  DERRICK L. HANFORD,              )   NO. ED CV 12-2211-DMG(E)
                                     )
12                 Plaintiff,        )
                                     )   ORDER TO SHOW CAUSE RE
13       v.                          )
                                     )   DISMISSAL FOR FAILURE TO
14  MICHAEL J. ASTRUE, COMMISSIONER  )
    OF SOCIAL SECURITY,              )   PROSECUTE
15                                   )
                                     )
16                 Defendant.        )
    _____)
17
```

18        By Order filed January 3, 2013, the Court directed Plaintiff to

19 file a proof of service of the Summons and Complaint within thirty

20 (30) days of the date of that Order.  As of the present date, no such

21 proof of service has been filed.

22

23        IT IS ORDERED that, within twenty (20) days of the date of this

24 Order, Plaintiff shall file a declaration attempting to show cause, if

25 there be any, why this action should not be dismissed for violation of

26 this Court's previous Order and for Plaintiff's failure to prosecute

27 this action.  See Link v. Wabash R.R., 370 U.S. 626, 629-30 (1952).

28 ///

Failure timely to do so may be deemed consent to the dismissal of this action.

DATED: February 21, 2013.


_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

2