```
 1
 2
 3
 4
 5
 6
 7
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRICK L. HANFORD, | NO. ED CV 12-2211-DMG(E) |
|       Plaintiff, | |
|   v. | ORDER TO SHOW CAUSE RE |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | DISMISSAL FOR FAILURE TO PROSECUTE |
|       Defendant. | |

By Order filed January 3, 2013, the Court directed Plaintiff to file a proof of service of the Summons and Complaint within thirty (30) days of the date of that Order. As of the present date, no such proof of service has been filed.

IT IS ORDERED that, within twenty (20) days of the date of this Order, Plaintiff shall file a declaration attempting to show cause, if there be any, why this action should not be dismissed for violation of this Court's previous Order and for Plaintiff's failure to prosecute this action. See Link v. Wabash R.R., 370 U.S. 626, 629-30 (1952).

///

Failure timely to do so may be deemed consent to the dismissal of this action.

DATED:  February 21, 2013.

```
                      _____/S/_____
                           CHARLES F. EICK
                      UNITED STATES MAGISTRATE JUDGE
```