JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DERRICK L. HANFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. ED CV 12-02211-DMG (DFM)<br><br>JUDGMENT |

    In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: July 22, 2014

*[signature]*
DOLLY M. GEE
United States District Judge